[This decision has been published in *Ohio Official Reports* at 92 Ohio St.3d 240.]

HUBIN, APPELLANT, *v.* HUBIN, APPELLEE.

[Cite as *Hubin v. Hubin*, 2001-Ohio-187.]

*Domestic relations—Determining proper amount of child support in a shared-parenting case—Court of appeals' judgment affirmed on authority of Pauly v. Pauly.*

(Nos. 00-1406 and 00-1730—Submitted May 30, 2001—Decided July 11, 2001.)

APPEAL from and CERTIFIED by the Court of Appeals for Franklin County, No. 99AP-1156.

_____

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *Pauly v. Pauly* (1997), 80 Ohio St.3d 386, 686 N.E.2d 1108.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

_____

*Douglas B. Dougherty*, for appellant.

*Cloppert, Portman, Sauter, Latanick & Foley, Mark C. Collins* and *Rory P. Callahan*, for appellee.

*James A. Hanneman*, urging reversal for *amici curiae* Children's and Parents' Rights Association, Parents and Children for Equality, and Children's Rights Council of Ohio.

*Heather W. Tootle*, urging reversal for *amicus curiae* Edward C. Kehres.

*Michael R. Smalz*, Ohio State Legal Services Association, urging affirmance for *amici curiae* Association for Children for Enforcement of Support, Ohio Now Education and Legal Fund, Ohio Domestic Violence Network, and Action Ohio Coalition for Battered Women.

_____